

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2016

No. 04-16-00134-CR

Edward J. **NAVARRO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0482-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on April 4, 2016. *See* TEX. R. APP. P. 35.1. On April 14, 2016, court reporter Patricia M. Wagner filed a notification of late record. She advised the court the record would comprise approximately 500–1,000 pages; she requested an extension of time to file the reporter's record until June 3, 2016. The request is GRANTED IN PART. *See id.* R. 35.3(c) (limiting an extension in a regular appeal to thirty days).

The reporter's record is due on May 4, 2016. *See id.*

If the reporter's record is not filed with this court by the due date, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court